# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA ENOS<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HARTFORD LIFE INSURANCE COMPANY and DOES 1 to 100<br><br>　　　　Defendant. | CASE NO. 2:18-cv-02995-WBS-EFB<br><br>**ORDER RESETTING STATUS CONFERENCE** |

**IT IS HEREBY ORDERED:**

Pursuant to the Stipulation entered into by the parties, the Status Conference scheduled for April 1, 2019 is reset to **May 13, 2019 at 1:30 PM**. A Joint Status Report shall be filed by **April 29, 2019.**

Dated: December 17, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE