```
 1
 2
 3
 4
 5
 6
 7                        UNITED STATES DISTRICT COURT
 8                       EASTERN DISTRICT OF CALIFORNIA
 9                              ----oo0oo----
10
11  REBECCA ENOS, an individual       No. 2:18-cv-2995 WBS EFB
12           Plaintiff,
13       v.                           ORDER
14  HARTFORD LIFE INSURANCE COMPANY
    and DOES 1 to 100,
15
             Defendants.
16
17                              ----oo0oo----
18
19           In light of plaintiff's request to modify the
20  scheduling order (Docket No. 20), a Scheduling Conference is
21  hereby set for June 24, 2019, at 1:30 p.m. in Courtroom 5 of this
22  court.  The parties shall file an amended joint status report on
23  or before June 10, 2019.  The court's previously-issued pretrial
24  scheduling order (Docket No. 19) and all dates set therein are
25  VACATED.
26           IT IS SO ORDERED.
27  Dated:  May 21, 2019           [signature]
                                   WILLIAM B. SHUBB
28                                 UNITED STATES DISTRICT JUDGE
```