UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA ENOS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE INSURANCE COMPANY, business entity form unknown, and DOES 1 to 100,<br><br>Defendants. | CASE NO. 2:18-cv-02995-WBS-EFB<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

**IT IS HEREBY ORDERED** that, pursuant to the parties' Stipulation for Dismissal of Action with Prejudice and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and hereby is, dismissed with prejudice in its entirety as to all claims and parties. Each party shall bear its own attorney's fees and costs.

Dated: August 29, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE